FILED

AUG 14 2025
s/TANDI GONDRELLA
DEPUTY CLERK
PLAQUEMINES PARISH. LA

25TH JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO.: 69-941                                    DIVISION: " "

                                                    B

A-PORT, LLC

VERSUS

ARRAY PETROLEUM, LLC and NATURAL RESOURCES WORLDWIDE, LLC

FILED:_____        _____
                                          DEPUTY CLERK

PETITION

NOW INTO COURT, through undersigned counsel, comes A-Port, LLC ("A-Port"), a Louisiana limited liability company with its registered office in the Parish of Jefferson, State of Louisiana, and with respect represents that:

1.

Made Defendant herein is Array Petroleum, LLC ("Array"), a Louisiana limited liability company with its registered office in the Parish of Orleans, State of Louisiana.

2.

Made Defendant herein is Natural Resources Worldwide LLC ("NRW"), a Delaware limited liability company authorized to do, and doing business in Louisiana, with its registered office in the Parish of Orleans, State of Louisiana.

3.

Venue is proper in the Parish of Plaquemines pursuant to Article 72 of the Louisiana Code of Civil Procedure because A-Port seeks to enforce liens and privileges upon property located in Plaquemines Parish, Louisiana.

4.

A-Port is in the business of furnishing fuel and related services in support of the development, exploration, maintenance and operation, including drilling, completion, testing and production of oil and gas wells.



EXHIBIT

1

Page 1 of 7

5.

Array is in the business of operating certain oil and gas leases, wells, and/or operating interests for and on its own behalf and/or that of NRW.

6.

Between approximately September 1, 2024 and December 31, 2024, A-Port provided fuel and/or related services (collectively the "Services") to Array for and in connection with the drilling, development, exploration, operation, and/or production of oil and gas wells at the following described operating interests, leases and/or blocks (collectively referred to as the "Leases"): OCS Lease No.: G02323, OCS Lease No. G02324, OCS Lease No,: G04109, OCS Lease No.: 00310, OCS Lease No.: G04397, OCS Lease No.: G04231, OCS Lease No.: G01019, OCS Lease No.: G01228, OCS Lease No.: 00827, OCS Lease No.: 24954, OCS Lease No.: 00026, OCS Lease No.: 00016, and OCS Lease No.: 00367.

7.

A-Port provided the Services to Array on open account according to an agreement between A-Port and Array, invoices for the Services were provided to Array by A-Port, and payment for those invoices was demanded from Array by A-Port. A Summary of the invoices is included with the Notice of Liens, a copy of which is attached hereto as Exhibit A.

8.

As of present date, a principal amount of Eight Hundred Thirty-Six Thousand Eight Hundred Thirty Six and 41/100 ($836,836.41) remains due and owing to A-Port by Array in connection with the Services.

9.

Pursuant to LA R.S. 9:4861, *et seq.,* A-Port is granted a privilege and lien for payment due and owing in connection with A-Port providing the Services to Array for and in connection with the drilling, development, exploration, operation, and/or production of the Leases, and properly preserved and perfected an oil well lien and privilege securing Array's above described debt to A-Port by filing Oil Well Lien Affidavits, Notice of Claim of Lien and Statement of Privilege (collectively the "Notice of Liens") in favor of A-Port, bearing against the Leases as follows:

| PARISH | RECORDATION DATE | RECORDATION INFORMATION |
|---|---|---|
| St. Mary | April 28, 2025 | File No: 368168 |
| Iberia | May 22, 2025 | Instrument No.: 32977 |
| Terrebonne | April 24, 2025 | File No.: 1707077 |
| Jefferson | April 23, 2025 | Instrument No.: 12515422 |
| Plaquemines | April 22, 2025 | File No.: 2025-00001043 |

A copy of a Notice of Lien in is attached hereto as Exhibit A.

10.

The lien amounts in favor of A-Port as of the date of filing the Notice of Liens are as follows:

| LEASE NUMBER | PARISH | LIEN AMOUNT |
|---|---|---|
| G02323 | St. Mary | $143,023.74 |
| G02324 | St. Mary | $100,452.41 |
| G04109 | Iberia | $84,036.76 |
| 00310 | Vermillion/Iberia | $125,932.70 |
| G04437 | Iberia | $86,398.98 |
| G04231 | Terrebonne | $25,126.91 |
| G01019 | Terrebonne | $31,296.58 |
| G01228 | Terrebonne | $48,694.16 |
| 00827 | Terrebonne | $94,893.48 |
| G24954 | Jefferson | $35,395.06 |
| 00026 | Plaquemines | $33,652.01 |
| 00016 | Plaquemines | $26,770.65 |
| 000367 | Plaquemines | $610.98 |

11.

Upon information and belief, Array was at all relevant times and remains the operator of record for the Leases.

Page 3 of 7

12.

Upon information and belief, NRW was at all relevant times and remains the owner of record for the Leases.

13.

On April 23, 2025, pursuant to La. R.S. 9:4867, A-Port provided written notice to Array, as operator of the Leases, and NRW, as owner of the Leases, of the filing of the above-mentioned Notice of Liens. Copies of said written notices are attached hereto, in globo, as Exhibit B.

### Count One: Recognition of A-Port's LOWLA Liens

14.

All of the allegations contained in the preceding paragraphs are re-alleged and incorporated by reference.

15.

A-Port is granted a privilege and lien by operation of law, including but not limited to, by La. R.S. 9:4861, *et seq.* for payment of the Services supplied in support of drilling, development, exploration, and/or operations of the Leases.

16.

A-Port's liens and privilege exist on and encumbers the following property (the "Encumbered Property"):

a. the Leases and any and all wells located thereon;

b. the operating interest of the operator of the Leases and the operating interest of any participating lessee(s) therein, including, but not limited to, Array, together with such parties' interest in: (i) all well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (ii) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (iii) tract of land, servitude or other lease described in La R.S. 9:4861(12)(c) covering the Leases;

c. a drilling or other rig located at the Leases, if the rig is owned by the operator of the

Leases, Array, or the party with whom A-Port contracted;

d. all hydrocarbons produced from the operating interest of the operator of the Leases, Array, and the operating interest of any participating lessee(s) therein, including, but not limited to Array; and

e. the proceeds received by, and the obligations owed to, any lessee, including, without limitation, Array, from the disposition of hydrocarbons.

17.

The Notice of Liens required by La. R.S. 9:4867 was sent by A-Port to Array as operator of the Leases, and NRW as owner of the Leases, within one hundred eighty (180) days of completion of the Services performed by A-Port in connection with the drilling, development, exploration and/or operation of the Leases.

18.

This is an action for recognition of and to enforce the A-Port's lien and privilege on the Encumbered Property, which A-Port seeks hereunder.

19.

Additionally, pursuant to La. R.S. 9:4862(B)(3), A-Port is entitled to recover the cost of preparing and filing the Notice of Liens, as well as the notice of *lis pendens* required to be filed under La. R.S. 9:4865(C), which A-Port intends to file during the period afforded in La. R.S. 9:4865(C).

20.

Furthermore, pursuant to La. R.S. 9:4862(B)(2) and La. R.S. 9:4862(B)(4), A-Port is entitled to recover reasonable attorneys' fees not to exceed ten percent (10%), as well as interest.

21.

A-Port reserves the right to seek a writ of sequestration without security pursuant to La. R.S. 9:4871 on all property subject to A-Port's liens and privilege pursuant to the terms of La. R S. 9:4863, including without limitation the interest of the operator, owner, and participating lessee.

**Count Two: Suit on Open Account**

22.

All of the allegations contained in the preceding paragraphs are re-alleged and incorporated by reference.

23.

The aforementioned debt of Array qualifies as an open account under Louisiana's Open Account Statute, La. R.S. 9:2781.

24.

As an inducement for A-Port to extend credit to Array, NRW, as guarantor, executed a Guaranty on in favor of A-Port whereby NRW guaranteed the full payment of all monies owed to A-Port from Array without limit, plus interest, fees and charges of whatsoever nature and kind. A Copy of said Guaranty is attached hereto as Exhibit C.

25.

Pursuant to La. R.S. 9:2781, A-Port is entitled to recover from Array and NRW the principal sum owed on the open account, being the sum of Eight Hundred Thirty Six Thousand Eight Hundred Thirty Six and 41/100 ($836,836.41), plus interest accruing on each of the past due invoices comprising this amount from their respective due dates until fully paid, plus costs and attorneys' fees incurred in collecting this account.

26.

**WHEREFORE,** Plaintiff, A-Port, LLC, respectfully prays for judgment in its favor and against Defendants, Array Petroleum, LLC and Natural Resources Worldwide LLC, as follows:

1) As to Count One, an entry of a judgment in A-Port's favor recognizing and enforcing A-Port's liens and privileges on the Encumbered Property in the principal amounts set forth in paragraph 10 hereof, together with the cost of preparing and filing the Notice of Liens and a notice of *lis pendens*, reasonable attorneys' fees not to exceed ten percent (10%), interest from the due date of each respective invoice until the date of judgment, and legal interest thereafter;

2) As to Count Two, an entry of a judgment in A-Port's favor and against Array and NRW, in solido, in the principal amount of Eight Hundred Thirty Six Thousand Eight Hundred Thirty Six and 41/100 ($836,836.41), plus interest accruing on each of the past due invoices comprising this amount from their respective due dates until fully paid, plus costs and attorneys' fees incurred in collecting this account; and

3) For such other and further legal or equitable relief as this court shall deem just and proper.

RESPECTFULLY SUBMITTED

PIVACH, PIVACH, HUFFT,
THRIFFILEY & DUNBAR, L.L.C.
ATTORNEYS AT LAW


BY: _____
JOHN E. PIVACH (35283)
JASON C. FORCIER (40773)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
E-Mail: jpivach@pivachlaw.com
E-Mail: jforcier@pivachlaw.com


**PLEASE SERVE:**

Array Petroleum, LLC
Through its Registered Agent,
Edward B. Poitevent, II
909 Poydras St.
Suite 3150
New Orleans, LA 70112

Natural Resources Worldwide LLC
Through its Registered Agent in Louisiana,
Edward B. Poitevent, II
909 Poydras St.
Suite 3150
New Orleans, LA 70112

A TRUE COPY
DEPUTY CLERK OF COURT
PLAQUEMINES PARISH, LOUISIANA

Page 7 of 7

## Plaquemines Parish Recording Page

EXHIBIT A

Kim Turlich-Vaughan
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
PIVACH LAW
8311 HWY 23 STE 104
BELLE CHASSE, LA 70037

**First MORTGAGOR**
ARRAY PETROLEUM

**First MORTGAGEE**
A PORT LLC

| | |
|---|---|
| **Index Type :** MORTGAGE | **File # :** 2025-00001043 |
| **Type of Document :** MATERIALMANS LIEN | |
| | **Book :** 865  **Page :** 359 |
| **Recording Pages :** 17 | |

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 04/22/2025

At (Recorded Time) : 12:13:46PM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 04/22/2025 at 12:13:46
Recorded in Book 865 Page 359
File Number 2025-00001043

*Edward E S*

Deputy Clerk

Doc ID - 006095830017

Return To :

Do not Detach this Recording Page from Original Document

OIL WELL LIEN AFFIDAVIT
NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

STATE OF LOUISIANA

PARISH OF PLAQUEMINES

BEFORE ME, the undersigned authority, personally came and appeared:

Ryan Retif

Who after being duly sworn, did depose and say:

1. He is the duly authorized representative of **A-Port, LLC** ("A-Port"), 1840 Jutland Drive, Harvey Louisiana 70058, and he is duly authorized to make and is making this affidavit for and on behalf of A-Port.

2. A-Port is in the business of furnishing labor, equipment, machinery, goods, fuel, lube, materials, supplies, and related services in support of the development, drilling, exploration, maintenance, operation, and abandonment of oil and gas wells.

3. In connection with its business, A-Port contracted to supply fuel, lube, services, labor, equipment, goods, materials and/or supplies and related services to **Array Petroleum, LLC**, 1999 Bryan Street, Suite 900, Dallas TX 75201 ("Array").

4. Between approximately September 15, 2024 and December 15, 2024 (the "Applicable Period") A-Port supplied labor, equipment, machinery, goods, materials, supplies, and related services to Array in connection with operation, including drilling, completing, testing, or production of certain oil and gas leases, wells, and/or operating interests identified in the attached Exhibit A (the "Property") which is incorporated herein in its entirety.

5. As of the present date, a remaining principal amount of $836,836.41, together with accruing contracted interest, is due and owing on the invoices identified on Exhibit A for those certain goods, equipment, supplies, and/or services provided by A-Port to the Property during the Applicable Period, together with reasonable attorney fees, and the costs of preparing and filing this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege.

6. The services were performed by A-Port for and at the request of Array, and such services will be, are being, or were utilized in the operations (as defined in La. R.S. 9:4861) of said oil and/or gas well(s) by Array, as operator, contract operator, producer or owner, on its own behalf and/or on behalf of and as agent for the owners of the Property. Upon information and belief, Array has acted as the operator of the above Property at all

relevant times. Upon information and belief, **Natural Resources Worldwide, LLC, Cox Oil Offshore, LLC, EPL Oil & Gas, LLC and /or Energy XXI GOM, LLC** have been the owner of the above Property and well(s) at all relevant times.

7. At all relevant times hereto, the labor, equipment, supplies, and services provided by A-Port were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Property.

8. Upon information and belief, Array was at all relevant times and remains the operator of the Property, for and on its own behalf and/or that of Natural Resources Worldwide, LLC, Cox Oil Offshore, LLC, EPL Oil & Gas, LLC and /or Energy XXI GOM, LLC.

9. This Oil Well Lien Affidavit Notice of Claim of Lien and Statement of Privilege is made for the purpose of securing payment of the debt owed by Array to A-Port as described herein and is made in accordance with Louisiana Revised Statute § 9:4861, *et. seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to A-Port on the following: (1) the Property and any wells located on the Property; (2) the operating interest of the operator of the Property and the operating interest of any participating lessee(s) therein, together with such parties interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Property and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in Louisiana Revised Statute § 9:4861(12)(c) covering the Property; (3) a drilling or other rig located at the Property, if the rig is owned by the operators of the Property and the operating interest of any participating lessee(s) therein without limitation, Array; and (4) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorney fees.

10. This Oil Well Lien Affidavit Notice of Claim of Lien and Statement of Privilege is made and executed for the purpose of preserving the liens and privileges granted by law, and

that A-Port expressly reserves all rights, contractual and legal, to secure or enforce payment of all monies owed to it, and that this Oil Well Lien Affidavit Notice of Claim of Lien and Statement of Privilege is not intended, and should not be construed, to be in limitation or restriction of A-Port's rights under the aforementioned statute(s), laws, or otherwise, all of which rights are hereby expressly reserved. Less than one hundred eighty (180) days have elapsed since the furnishing of the last activity or event which gives rise to the privilege and lien and, thus, this Oil Well Lien Affidavit Notice of Claim of Lien and Statement of Privilege is timely filed. There have been no lapses of more than ninety (90) consecutive days between an activity or event that established the privilege.

11. That this Oil Well Lien Affidavit Notice of Claim of Lien and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, Iberia Parish, St. Mary Parish Terrebonne Parish, Vermilion Parish, and Jefferson Parish, State of Louisiana.

12. That a copy of this Oil Well Lien Affidavit Notice of Claim of Lien and Statement of Privilege is being delivered to the lessee(s), operator(s) and owners of the Property at the following: (a) Array Petroleum, LLC, 1999 Bryan Street, Suite 900, Dallas TX 75201; (b) Natural Resources Worldwide, LLC, 1999 Bryan Street, Suite 900, Dallas TX 75201; and (c) Cox Oil Offshore, LLC, EPL Oil & Gas, LLC and Energy XXI GOM, LLC at 4514 Cole Ave., Suite 1175, Dallas TX 75205.

*[SIGNATURE PAGE TO FOLLOW]*

This done and signed in the Parish of Plaquemines, State of Louisiana, on _April 17_, 2025, in the presence of the undersigned competent witnesses who have signed with claimant and me, Notary, after due reading of whole.

WITNESSES:

_Ginger K. DeForest_
Ginger K. DeForest

_Mitzi Dufrene_
Mitzi Dufrene

A-Port, LLC

By: _____
Name: Ryan Retif
Title: Authorized Representative

SWORN TO AND SUBSCRIBED
BEFORE ME THIS __17__ DAY
OF __April__, 2025

NOTARY PUBLIC

JOHN E. PIVACH
NOTARY PUBLIC
BAR NO. 35283
PARISH OF PLAQUEMINES, STATE OF LA
MY COMMISSION IS ISSUED FOR LIFE

*[SIGNATURE PAGE TO OIL WELL LIEN AFFIDAVIT*
*NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE]*

EXHIBIT A

## A-PORT, LLC'S OUTSTANDING INVOICES TO
## ARRAY PETROLEUM, LLC SORTED BY LEASE NUMBER

EXHIBIT A



EXHIBIT A

EXHIBIT A

EXHIBIT A

Case 2:25-cv-01973-SM-KWR    Document 1-1    Filed 09/22/25    Page 14 of 27

## A-PORT, LLC'S OUTSTANDING INVOICES TO ARRAY PETROLEUM, LLC SORTED BY LEASE NUMBER

EXHIBIT A        EXHIBIT A



| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 10/29/24 | 0064242F | 1.00 | 0.84 | 0.84 | 0.28 | 0.28 | 0.28 | | | | | | | | | | | | | | | 0.84 |
| 53 | 10/29/24 | 0064243 | 4.00 | 86.76 | 347.04 | | | | | | | | | | 347.04 | | | | | | | | 347.04 |
| 54 | 10/29/24 | 0064252 | 2.00 | 20.00 | 40.00 | | | | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | | | | | 40.00 |
| 55 | 10/29/24 | 0064252 | 1.00 | 42.00 | 42.00 | | | | | | | 8.40 | 8.40 | 8.40 | 8.40 | 8.40 | | | | | | | 42.00 |
| 56 | 10/29/24 | 0064252 | 1.00 | 0.84 | 0.84 | | | | | | | 0.17 | 0.17 | 0.17 | 0.17 | 0.16 | | | | | | | 0.84 |
| 57 | 10/29/24 | 0064277 | 3.00 | 90.00 | 270.00 | | 270.00 | | | | | | | | | | | | | | | | 270.00 |
| 58 | 10/29/24 | 0064277 | 5.00 | 5.50 | 27.50 | | 27.50 | | | | | | | | | | | | | | | | 27.50 |
| 59 | 10/29/24 | 0064277 | 1.00 | 5.95 | 5.95 | | 5.95 | | | | | | | | | | | | | | | | 5.95 |
| 60 | 10/30/24 | 0064265 | 10.00 | 20.00 | 200.00 | | | | | | | | | | 200.00 | | | | | | | | 200.00 |
| 61 | 10/30/24 | 0064282F | 2,000.00 | 2.7283 | 5,456.60 | | | | 1,818.87 | 1,818.87 | 1,818.86 | | | | | | | | | | | | 5,456.60 |
| 62 | 10/30/24 | 0064282F | 1.00 | 880.01 | 880.01 | | | | 293.34 | 293.34 | 293.33 | | | | | | | | | | | | 880.01 |
| 63 | 10/30/24 | 0064263 | 550.00 | 10.65 | 5,857.50 | | | | | | | | | | | 5,857.50 | | | | | | | 5,857.50 |
| 64 | 10/30/24 | 0064264 | 550.00 | 10.65 | 5,857.50 | | | | | | | | | | | 5,857.50 | | | | | | | 5,857.50 |
| 65 | 10/30/24 | 0064282FT | 550.00 | 2.7727 | 1,524.99 | | | | | | | | 1,524.99 | | | | | | | | | | 1,524.99 |
| 66 | 10/31/24 | 0064293 | 16.00 | 665.00 | 10,640.00 | 1,520.00 | | 1,520.00 | | | | | 3,520.00 | 3,520.00 | 1,520.00 | | | | 1,520.00 | 1,520.00 | | | 10,640.00 |
| 67 | 10/31/24 | 0064293 | 1.00 | 212.80 | 212.80 | | | 20.62 | | | | | 20.40 | 20.40 | 20.42 | | | | 20.42 | 20.42 | | | 212.80 |
| 68 | 10/31/24 | 0064294 | 1.00 | 3,050.00 | 3,050.00 | 338.89 | 338.89 | 338.89 | | | | 338.89 | 338.89 | 338.89 | 338.89 | 338.89 | | | 338.88 | | | | 3,050.00 |
| 69 | 10/31/24 | 0064294 | 1.00 | 1,750.00 | 1,750.00 | 194.44 | 194.44 | 194.44 | | | | 194.44 | 194.44 | 194.45 | 194.45 | 194.45 | | | 194.45 | | | | 1,750.00 |
| 70 | 10/31/24 | 0064294 | 1.00 | 4,400.00 | 4,400.00 | 488.89 | 488.89 | 488.89 | | | | 488.89 | 488.89 | 488.89 | 488.89 | 488.89 | | | 488.88 | | | | 4,400.00 |
| 71 | 10/31/24 | 0064294 | 1.00 | 500.00 | 500.00 | 55.56 | 55.56 | 55.56 | | | | 55.56 | 55.56 | 55.55 | 55.55 | 55.55 | | | 55.55 | | | | 500.00 |
| 72 | 10/31/24 | 0064264 | 1.00 | 194.00 | 194.00 | 21.56 | 21.56 | 21.56 | | | | 21.56 | 21.56 | 21.55 | 21.55 | 21.55 | | | 21.55 | | | | 194.00 |
| 73 | 11/01/24 | 0064313FT | 1,500.00 | 3.4153 | 3,756.83 | | | | | | | | 3,756.83 | | | | | | | | | | 3,756.83 |
| 74 | 11/01/24 | 0064334F | 2,600.00 | 2.8128 | 7,313.28 | | | | 2,437.76 | 2,437.76 | 2,437.76 | | | | | | | | | | | | 7,313.28 |
| 75 | 11/01/24 | 0064395 | 1.00 | 100.00 | 100.00 | | | | | | | 100.00 | | | | | | | | | | | 100.00 |
| 76 | 11/01/24 | 0064343 | 4.00 | 90.00 | 360.00 | | | | | | | | 120.00 | 120.00 | 120.00 | | | | | | | | 360.00 |
| 77 | 11/01/24 | 0064343 | 1.00 | 7.20 | 7.20 | | | | | | | | 2.40 | 2.40 | 2.40 | | | | | | | | 7.20 |
| 78 | 11/01/24 | 0064364 | 3.00 | 90.00 | 270.00 | 135.00 | | 135.00 | | | | | | | | | | | | | | | 270.00 |
| 79 | 11/01/24 | 0064364 | 1.00 | 5.40 | 5.40 | 2.70 | | 2.70 | | | | | | | | | | | | | | | 5.40 |
| 80 | 11/01/24 | 0064440 | 4.00 | 100.00 | 400.00 | | | 400.00 | | | | | | | | | | | | | | | 400.00 |
| 81 | 11/05/24 | 0064313F | 6,000.00 | 3.0103 | 24,082.42 | 8,027.47 | 8,027.47 | 8,027.48 | | | | | | | | | | | | | | | 24,082.42 |
| 82 | 11/05/24 | 0064313F | 3.543 | 30.00 | 78.61 | 26.29 | 26.29 | 26.28 | | | | | | | | | | | | | | | 78.86 |
| 83 | 11/05/24 | 0064313F | 1.00 | 42.00 | 42.00 | 14.00 | 14.00 | 14.00 | | | | | | | | | | | | | | | 42.00 |
| 84 | 11/05/24 | 0064313F | 1.00 | 0.84 | 0.84 | 0.28 | 0.28 | 0.28 | | | | | | | | | | | | | | | 0.84 |
| 85 | 11/05/24 | 0064314F | 4,500.00 | 3.0103 | 13,546.35 | | | | | | | 2,709.27 | 2,709.27 | 2,709.27 | 2,709.27 | 2,709.27 | | | | | | | 13,546.35 |
| 86 | 11/05/24 | 0064314F | 5.836 | 30.00 | 117.96 | | | | | | | 23.59 | 23.59 | 23.59 | 23.59 | 23.60 | | | | | | | 117.96 |
| 87 | 11/05/24 | 0064314F | 1.00 | 42.00 | 42.00 | | | | | | | 8.40 | 8.40 | 8.40 | 8.40 | 8.40 | | | | | | | 42.00 |
| 88 | 11/05/24 | 0064314F | 1.00 | 0.84 | 0.84 | | | | | | | 0.17 | 0.17 | 0.17 | 0.17 | 0.16 | | | | | | | 0.84 |
| 89 | 11/04/24 | 0064345FT | 3,300.00 | 3.4103 | 11,353.99 | 11,353.99 | | | | | | | | | | | | | | | | | 11,353.99 |
| 90 | 11/04/24 | 0064441 | 8.00 | 100.00 | 800.00 | 800.00 | | | | | | | | | | | | | | | | | 800.00 |
| 91 | 11/05/24 | 0064346F | 6,000.00 | 3.0433 | 18,259.80 | | | | | | | | | | | | | 9,129.90 | | 9,129.90 | | | 18,259.80 |
| 92 | 11/05/24 | 0064346F | 4.369 | 20.00 | 87.38 | | | | | | | | | | | | | 43.69 | | 43.69 | | | 87.38 |
| 93 | 11/05/24 | 0064346F | 1.00 | 42.00 | 42.00 | | | | | | | | | | | | | 21.00 | | 21.00 | | | 42.00 |
| 94 | 11/05/24 | 0064346F | 1.00 | 0.84 | 0.84 | | | | | | | | | | | | | 0.42 | | 0.42 | | | 0.84 |
| 95 | 11/05/24 | 0064348F | 2.00 | 898.44 | 1,796.88 | | | | | | | | | | | | | 898.44 | | 898.44 | | | 1,796.88 |
| 96 | 11/05/24 | 0064348F | 1.00 | 880.01 | 880.01 | | | | | | | | | | | | | 440.00 | | 440.01 | | | 880.01 |
| 97 | 11/05/24 | 0064379 | 2.00 | 89.02 | 178.04 | 59.35 | 59.35 | 59.34 | | | | | | | | | | | | | | | 178.04 |
| 98 | 11/05/24 | 0064379 | 2.00 | 88.47 | 176.94 | 58.98 | 58.98 | 58.98 | | | | | | | | | | | | | | | 176.94 |
| 99 | 11/05/24 | 0064444 | 3.00 | 90.00 | 270.00 | | | | | | | | | | | | | | | | | 270.00 | | 270.00 |
| 100 | 11/05/24 | 0064444 | 1.00 | 5.40 | 5.40 | | | | | | | | | | | | | | | | | 5.40 | | 5.40 |
| 101 | 11/05/24 | 0064420FT | 500.00 | 2.7737 | 1,386.35 | | | | 1,386.35 | | | | | | | | | | | | | | | 1,386.35 |
| 102 | 11/06/24 | 0064421 | 550.00 | 6.86 | 3,773.00 | | | | | | 3,773.00 | | | | | | | | | | | | | 3,773.00 |

EXHIBIT A        EXHIBIT A

Page 2 of 7

EXHIBIT A

EXHIBIT A

## A-PORT, LLC'S OUTSTANDING INVOICES TO
## ARRAY PETROLEUM, LLC SORTED BY LEASE NUMBER

EXHIBIT A



| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 | 11/06/24 | 0064420FT | 200.00 | 21.37 | 4,274.00 | | | | 4,274.00 | | | | | | | | | | | | | | 4,274.00 |
| 104 | 11/06/24 | 0064436F | 7,300.00 | 2.8523 | 20,834.79 | | | | | | 20,834.79 | | | | | | | | | | | | 20,834.79 |
| 105 | 11/06/24 | 0064438 | 4.00 | 88.47 | 353.88 | | | | 117.96 | 117.96 | 117.96 | | | | | | | | | | | | 353.88 |
| 106 | 11/06/24 | 0064438F | 2,400.00 | 2.8523 | 6,869.52 | | | | 2,289.84 | 2,289.84 | 2,289.84 | | | | | | | | | | | | 6,869.52 |
| 107 | 11/06/24 | 0064438F | 4.00 | 20.00 | 80.00 | | | | 26.67 | 26.67 | 26.66 | | | | | | | | | | | | 80.00 |
| 108 | 11/06/24 | 0064439F | 2.00 | 88.47 | 176.94 | | | | 58.98 | 58.98 | 58.98 | | | | | | | | | | | | 176.94 |
| 109 | 11/06/24 | 0064430F | 4.00 | 89.02 | 356.08 | | | | 118.69 | 118.69 | 118.70 | | | | | | | | | | | | 356.08 |
| 110 | 11/06/24 | 0064436F | 10.00 | 20.00 | 200.00 | | | | 66.67 | 66.67 | 66.66 | | | | | | | | | | | | 200.00 |
| 111 | 11/07/24 | 0064437 | 10.00 | 20.00 | 200.00 | | | | 66.67 | 66.67 | 66.66 | | | | | | | | | | | | 200.00 |
| 112 | 11/08/24 | 0064458 | 11.40 | 20.00 | 228.00 | | | | | | | 45.60 | 45.60 | 45.60 | 45.60 | 45.60 | | | | | | | 228.00 |
| 113 | 11/08/24 | 0064456 | 1.00 | 42.00 | 42.00 | | | | | | | 8.40 | 8.40 | 8.40 | 8.40 | 8.40 | | | | | | | 42.00 |
| 114 | 11/08/24 | 0064458 | 1.00 | 0.84 | 0.84 | | | | | | | 0.17 | 0.17 | 0.17 | 0.17 | 0.16 | | | | | | | 0.84 |
| 115 | 11/08/24 | 0064467F | 7,000.00 | 3.0528 | 21,369.60 | 7,123.20 | 7,123.20 | 7,123.20 | | | | | | | | | | | | | | | 21,369.60 |
| 116 | 11/08/24 | 0064467FT | 1,100.00 | 3.4828 | 3,793.08 | | | | | | | | | 3,793.08 | | | | | | | | | 3,793.08 |
| 117 | 11/08/24 | 0064471 | 1.00 | 90.00 | 90.00 | | | | | | | | | | | 90.00 | | | | | | | 90.00 |
| 118 | 11/08/24 | 0064471 | 1.00 | 5.50 | 5.50 | | | | | | | | | | | 5.50 | | | | | | | 5.50 |
| 119 | 11/08/24 | 0064471 | 1.00 | 1.91 | 1.91 | | | | | | | | | | | 1.91 | | | | | | | 1.91 |
| 120 | 11/08/24 | 0064472 | 5.00 | 90.00 | 450.00 | 150.00 | 150.00 | 150.00 | | | | | | | | | | | | | | | 450.00 |
| 121 | 11/08/24 | 0064473 | 11.00 | 8.50 | 60.50 | 20.17 | 20.17 | 20.16 | | | | | | | | | | | | | | | 60.50 |
| 122 | 11/05/24 | 0064473 | 1.00 | 10.21 | 10.21 | 3.40 | 3.40 | 3.41 | | | | | | | | | | | | | | | 10.21 |
| 123 | 11/08/24 | 0064473 | 4.00 | 90.00 | 360.00 | | | | | | | | 120.00 | 120.00 | 120.00 | | | | | | | | 360.00 |
| 124 | 11/05/24 | 0064473 | 2.00 | 8.50 | 16.50 | | | | | | | | 5.50 | 5.50 | 5.50 | | | | | | | | 16.50 |
| 125 | 11/05/24 | 0064473 | 1.00 | 7.53 | 7.53 | | | | | | | | 2.51 | 2.51 | 2.51 | | | | | | | | 7.53 |
| 126 | 11/11/24 | 0064484F | 2,800.00 | 2.8138 | 7,878.64 | | | | 2,626.21 | 2,626.21 | 2,626.22 | | | | | | | | | | | | 7,878.64 |
| 127 | 11/11/24 | 0064486F | 3.00 | 20.00 | 60.00 | | | | 20.00 | 20.00 | 20.00 | | | | | | | | | | | | 60.00 |
| 128 | 11/11/24 | 0064497 | 1.00 | 90.00 | 90.00 | | | 90.00 | | | | | | | | | | | | | | | | 90.00 |
| 129 | 11/11/24 | 0064497 | 1.00 | 1.80 | 1.80 | | | 1.80 | | | | | | | | | | | | | | | | 1.80 |
| 130 | 11/13/24 | 0064505F | 4,000.00 | 2.5825 | 11,531.20 | 3,977.07 | 3,977.07 | 3,977.06 | | | | | | | | | | | | | | | 11,531.20 |
| 131 | 11/13/24 | 0064505F | 4.632 | 20.00 | 92.64 | 30.88 | 30.88 | 30.88 | | | | | | | | | | | | | | | 92.64 |
| 132 | 11/13/24 | 0064505F | 1.00 | 42.00 | 42.00 | 14.00 | 14.00 | 14.00 | | | | | | | | | | | | | | | 42.00 |
| 133 | 11/13/24 | 0064505F | 1.00 | 0.84 | 0.84 | 0.28 | 0.28 | 0.28 | | | | | | | | | | | | | | | 0.84 |
| 134 | 11/13/24 | 0064505F | 2.00 | 89.02 | 178.04 | 59.35 | 59.35 | 59.34 | | | | | | | | | | | | | | | 178.04 |
| 135 | 11/13/24 | 0064505F | 2.00 | 88.47 | 176.94 | 58.98 | 58.98 | 58.98 | | | | | | | | | | | | | | | 176.94 |
| 136 | 11/13/24 | 0064510FT | 1,100.00 | 3.3828 | 3,721.08 | 3,721.08 | | | | | | | | | | | | | | | | | 3,721.08 |
| 137 | 11/13/24 | 0064510FT | 1,100.00 | 3.3828 | 3,721.08 | 3,721.08 | | | | | | | | | | | | | | | | | 3,721.08 |
| 138 | 11/13/24 | 0064524FT | 2,200.00 | 3.3828 | 7,442.16 | | 7,442.16 | | | | | | | | | | | | | | | | 7,442.16 |
| 139 | 11/13/24 | 0064534 | 3.00 | 90.00 | 270.00 | | 135.00 | | | | | 135.00 | | | | | | | | | | | 270.00 |
| 140 | 11/13/24 | 0064534 | 1.00 | 5.40 | 5.40 | | 2.70 | | | | | 2.70 | | | | | | | | | | | 5.40 |
| 141 | 11/14/24 | 0064527F | 9,000.00 | 2.7748 | 24,973.20 | | | | 8,324.40 | 8,324.40 | 8,324.40 | | | | | | | | | | | | 24,973.20 |
| 142 | 11/14/24 | 0064527F | 9.00 | 20.00 | 180.00 | | | | 60.00 | 60.00 | 60.00 | | | | | | | | | | | | 180.00 |
| 143 | 11/15/24 | 0064528 | 15.00 | 665.00 | 9,975.00 | 1,425.00 | 1,425.00 | 1,425.00 | | | | 1,425.00 | 1,425.00 | 1,425.00 | | | | 1,425.00 | | | | | 9,975.00 |
| 144 | 11/15/24 | 0064528 | 1.00 | 199.50 | 199.50 | 28.50 | 28.50 | 28.50 | | | | 28.50 | 28.50 | 28.50 | | | | 28.50 | | | | | 199.50 |
| 145 | 11/15/24 | 0064541F | 4,000.00 | 2.9729 | 11,891.20 | 3,963.74 | 3,963.73 | 3,963.73 | | | | | | | | | | | | | | | 11,891.20 |
| 146 | 11/15/24 | 0064541F | 4.444 | 20.00 | 88.88 | 29.62 | 29.63 | 29.63 | | | | | | | | | | | | | | | 88.88 |
| 147 | 11/15/24 | 0064542F | 1.00 | 42.00 | 42.00 | 14.00 | 14.00 | 14.00 | | | | | | | | | | | | | | | 42.00 |
| 148 | 11/15/24 | 0064541F | 1.00 | 0.84 | 0.84 | 0.28 | 0.28 | 0.28 | | | | | | | | | | | | | | | 0.84 |
| 149 | 11/15/24 | 0064583F | 2,400.00 | 2.7613 | 6,627.12 | | | | 2,209.04 | 2,209.04 | 2,209.04 | | | | | | | | | | | | 6,627.12 |
| 150 | 11/15/24 | 0064583F | 4.00 | 20.00 | 80.00 | | | | 26.66 | 26.67 | 26.67 | | | | | | | | | | | | 80.00 |
| 151 | 11/15/24 | 0064545F | 5,000.00 | 2.9425 | 14,714.00 | | | | | | | | | | | | | 7,357.00 | | 7,357.00 | | | 14,714.00 |
| 152 | 11/15/24 | 0064545F | 8.154 | 20.00 | 123.08 | | | | | | | | | | | | | 61.54 | | 61.54 | | | 123.08 |
| 153 | 11/15/24 | 0064543F | 1.00 | 42.00 | 42.00 | | | | | | | | | | | | | 21.00 | | 21.00 | | | 42.00 |

Page 3 of 7

EXHIBIT A

EXHIBIT A

EXHIBIT A

A-PORT, LLC'S OUTSTANDING INVOICES TO
ARRAY PETROLEUM, LLC SORTED BY LEASE NUMBER



EXHIBIT A

EXHIBIT A

EXHIBIT A

## A-PORT, LLC'S OUTSTANDING INVOICES TO
## ARRAY PETROLEUM, LLC SORTED BY LEASE NUMBER

EXHIBIT A    EXHIBIT A



EXHIBIT A    EXHIBIT A



A-PORT, LLC'S OUTSTANDING INVOICES TO
ARRAY PETROLEUM, LLC SORTED BY LEASE NUMBER

EXHIBIT A

EXHIBIT A

EXHIBIT A

EXHIBIT A

EXHIBIT A

## A-PORT, LLC'S OUTSTANDING INVOICES TO
## ARRAY PETROLEUM, LLC SORTED BY LEASE NUMBER

EXHIBIT A

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 307 | 12/15/24 | 0064965 | 1.00 | 1,300.00 | 1,300.00 | 144.45 | 144.45 | 144.45 | | | | 144.45 | 144.44 | 144.44 | 144.44 | 144.44 | | | 144.44 | | | | 1,300.00 |
| 308 | 12/15/24 | 0064965 | 1.00 | 875.00 | 875.00 | 97.22 | 97.22 | 97.22 | | | | 97.22 | 97.22 | 97.22 | 97.22 | 97.23 | | | 97.23 | | | | 875.00 |
| 309 | 12/15/24 | 0064965 | 1.00 | 2,200.00 | 2,200.00 | 244.45 | 244.45 | 244.45 | | | | 244.45 | 244.44 | 244.44 | 244.44 | 244.44 | | | 244.44 | | | | 2,200.00 |
| 310 | 12/15/24 | 0064965 | 1.00 | 250.00 | 250.00 | 27.78 | 27.78 | 27.78 | | | | 27.78 | 27.78 | 27.78 | 27.78 | 27.77 | | | 27.77 | | | | 250.00 |
| 311 | 12/15/24 | 0064965 | 1.00 | 92.50 | 92.50 | 10.28 | 10.28 | 10.28 | | | | 10.28 | 10.28 | 10.28 | 10.28 | 10.27 | | | 10.27 | | | | 92.50 |
| 312 | | | 227,556.241 | | 794,244.41 | 138,151.74 | 58,368.41 | 80,724.76 | 65,433.62 | 59,373.16 | | 86,354.98 | 23,846.91 | 27,234.54 | 44,660.16 | 33,631.05 | 33,645.76 | 31,580.68 | 35,315.06 | 20,976.01 | 3,780.90 | 23,589.75 | 610.58 | 794,344.43 |

**794,244.41**

EXHIBIT A

EXHIBIT A

Page 7 of 7

EXHIBIT A

## A-PORT, LLC'S OUTSTANDING TOTE RENTAL INVOICES TO ARRAY PETROLEUM, LLC SORTED BY LEASE NUMBER

EXHIBIT A

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | EI 353 | EI 360 | EI 361 | SMI 99 | SMI 217 | SMI 239 | SMI 236 | SS 181 | SS 182 | SS 208 H | SS 209 A | SS 209 B | WD 30 | TOTAL |
| 3 | Date | Num | Qty | Sales Price | Amount | | | | | | | | | | | | | | |
| 4 | 10/31/24 | 0064366T | 31.00 | 6.00 | 186.00 | 186.00 | | | | | | | | | | | | | 186.00 |
| 5 | 10/31/24 | 0064366T | 31.00 | 10.00 | 310.00 | | 310.00 | | | | | | | | | | | | 310.00 |
| 6 | 10/31/24 | 0064366T | 62.00 | 10.00 | 620.00 | | 620.00 | | | | | | | | | | | | 620.00 |
| 7 | 10/31/24 | 0064366T | 31.00 | 10.00 | 310.00 | | 310.00 | | | | | | | | | | | | 310.00 |
| 8 | 10/31/24 | 0064366T | 36.00 | 6.00 | 216.00 | | 216.00 | | | | | | | | | | | | 216.00 |
| 9 | 10/31/24 | 0064366T | 15.00 | 6.00 | 90.00 | | 90.00 | | | | | | | | | | | | 90.00 |
| 10 | 10/31/24 | 0064366T | 47.00 | 6.00 | 282.00 | | 282.00 | | | | | | | | | | | | 282.00 |
| 11 | 10/31/24 | 0064366T | 97.00 | 6.00 | 582.00 | | 582.00 | | | | | | | | | | | | 582.00 |
| 12 | 10/31/24 | 0064366T | 56.00 | 6.00 | 336.00 | | 336.00 | | | | | | | | | | | | 336.00 |
| 13 | 10/31/24 | 0064366T | 67.00 | 6.00 | 402.00 | | | 402.00 | | | | | | | | | | | 402.00 |
| 14 | 10/31/24 | 0064366T | 31.00 | 6.00 | 186.00 | | | | 186.00 | | | | | | | | | | 186.00 |
| 15 | 10/31/24 | 0064366T | 31.00 | 10.00 | 310.00 | | | | 310.00 | | | | | | | | | | 310.00 |
| 16 | 10/31/24 | 0064366T | 31.00 | 10.00 | 310.00 | | | | 310.00 | | | | | | | | | | 310.00 |
| 17 | 10/31/24 | 0064366T | 31.00 | 10.00 | 310.00 | | | | 310.00 | | | | | | | | | | 310.00 |
| 18 | 10/31/24 | 0064367T | 11.00 | 6.00 | 66.00 | | | | | 66.00 | | | | | | | | | 66.00 |
| 19 | 10/31/24 | 0064366T | 31.00 | 10.00 | 310.00 | | | | | | | | 310.00 | | | | | | 310.00 |
| 20 | 10/31/24 | 0064366T | 2.00 | 6.00 | 12.00 | | | | | | | | 12.00 | | | | | | 12.00 |
| 21 | 10/31/24 | 0064366T | 58.00 | 6.00 | 348.00 | | | | | | | | 348.00 | | | | | | 348.00 |
| 22 | 10/31/24 | 0064366T | 33.00 | 6.00 | 198.00 | | | | | | | | | 198.00 | | | | | 198.00 |
| 23 | 10/31/24 | 0064366T | 155.00 | 6.00 | 930.00 | | | | | | | | | 930.00 | | | | | 930.00 |
| 24 | 10/31/24 | 0064366T | 31.00 | 10.00 | 310.00 | | | | | | | | | 310.00 | | | | | 310.00 |
| 25 | 10/31/24 | 0064366T | 31.00 | 10.00 | 310.00 | | | | | | | | | | 310.00 | | | | 310.00 |
| 26 | 10/31/24 | 0064366T | 31.00 | 6.00 | 186.00 | | | | | | | | | | 186.00 | | | | 186.00 |
| 27 | 10/31/24 | 0064366T | 56.00 | 6.00 | 336.00 | | | | | | | | | | 336.00 | | | | 336.00 |
| 28 | 10/31/24 | 0064366T | 53.00 | 6.00 | 318.00 | | | | | | | | | | 318.00 | | | | 318.00 |
| 29 | 10/31/24 | 0064366T | 21.00 | 6.00 | 126.00 | | | | | | | | | | 126.00 | | | | 126.00 |
| 30 | 10/31/24 | 0064366T | 38.00 | 6.00 | 228.00 | | | | | | | | | | 228.00 | | | | 228.00 |
| 31 | 10/31/24 | 0064366T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | 186.00 | | | 186.00 |
| 32 | 10/31/24 | 0064366T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | 186.00 | | | 186.00 |
| 33 | 10/31/24 | 0064366T | 73.00 | 6.00 | 438.00 | | | | | | | | | | | 438.00 | | | 438.00 |
| 34 | 10/31/24 | 0064366T | 21.00 | 6.00 | 126.00 | | | | | | | | | | | 126.00 | | | 126.00 |

EXHIBIT A

EXHIBIT A

## A-PORT, LLC'S OUTSTANDING TOTE RENTAL INVOICES TO
## ARRAY PETROLEUM, LLC SORTED BY LEASE NUMBER

EXHIBIT A                                                                 EXHIBIT A



| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 10/31/24 | 0064366T | 31.00 | 10.00 | 310.00 | | | | | | | | | | | | 310.00 | | 310.00 |
| 36 | 10/31/24 | 0064366T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | | 186.00 | | 186.00 |
| 37 | 10/31/24 | 0064366T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | | 186.00 | | 186.00 |
| 38 | 10/31/24 | 0064366T | 59.00 | 6.00 | 354.00 | | | | | | | | | | | | 354.00 | | 354.00 |
| 39 | 10/31/24 | 0064366T | 10.00 | 10.00 | 100.00 | | | | | | | | | | | | 100.00 | | 100.00 |
| 40 | 10/31/24 | 0064368T | 31.00 | 10.00 | 310.00 | | | | | | | | | | | | | 310.00 | 310.00 |
| 41 | 10/31/24 | 0064368T | 62.00 | 10.00 | 620.00 | | | | | | | | | | | | | 620.00 | 620.00 |
| 42 | 10/31/24 | 0064368T | 31.00 | 10.00 | 310.00 | | | | | | | | | | | | | 310.00 | 310.00 |
| 43 | 10/31/24 | 0064368T | 62.00 | 10.00 | 620.00 | | | | | | | | | | | | | 620.00 | 620.00 |
| 44 | 10/31/24 | 0064368T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | | | 186.00 | 186.00 |
| 45 | 10/31/24 | 0064368T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | | | 186.00 | 186.00 |
| 46 | 10/31/24 | 0064368T | 31.00 | 10.00 | 310.00 | | | | | | | | | | | | | 310.00 | 310.00 |
| 47 | 10/31/24 | 0064368T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | | | 186.00 | 186.00 |
| 48 | 10/31/24 | 0064368T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | | | 186.00 | 186.00 |
| 49 | 10/31/24 | 0064368T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | | | 186.00 | 186.00 |
| 50 | 10/31/24 | 0064368T | 93.00 | 6.00 | 558.00 | | | | | | | | | | | | | 558.00 | 558.00 |
| 51 | 10/31/24 | 0064368T | 62.00 | 10.00 | 620.00 | | | | | | | | | | | | | 620.00 | 620.00 |
| 52 | 11/30/24 | 0064765T | 30.00 | 6.00 | 180.00 | 180.00 | | | | | | | | | | | | | 180.00 |
| 53 | 11/30/24 | 0064765T | 30.00 | 10.00 | 300.00 | | 300.00 | | | | | | | | | | | | 300.00 |
| 54 | 11/30/24 | 0064765T | 10.00 | 10.00 | 100.00 | | 100.00 | | | | | | | | | | | | 100.00 |
| 55 | 11/30/24 | 0064765T | 30.00 | 10.00 | 300.00 | | 300.00 | | | | | | | | | | | | 300.00 |
| 56 | 11/30/24 | 0064765T | 13.00 | 6.00 | 78.00 | | 78.00 | | | | | | | | | | | | 78.00 |
| 57 | 11/30/24 | 0064765T | 39.00 | 6.00 | 234.00 | | 234.00 | | | | | | | | | | | | 234.00 |
| 58 | 11/30/24 | 0064765T | 99.00 | 6.00 | 594.00 | | 594.00 | | | | | | | | | | | | 594.00 |
| 59 | 11/30/24 | 0064765T | 56.00 | 6.00 | 336.00 | | 336.00 | | | | | | | | | | | | 336.00 |
| 60 | 11/30/24 | 0064765T | 37.00 | 6.00 | 222.00 | | 222.00 | | | | | | | | | | | | 222.00 |
| 61 | 11/30/24 | 0064765T | 39.00 | 6.00 | 234.00 | | | 234.00 | | | | | | | | | | | 234.00 |
| 62 | 11/30/24 | 0064765T | 64.00 | 6.00 | 384.00 | | | 384.00 | | | | | | | | | | | 384.00 |
| 63 | 11/30/24 | 0064765T | 24.00 | 6.00 | 144.00 | | | 144.00 | | | | | | | | | | | 144.00 |
| 64 | 11/30/24 | 0064765T | 3.00 | 6.00 | 18.00 | | | 18.00 | | | | | | | | | | | 18.00 |
| 65 | 11/30/24 | 0064765T | 30.00 | 6.00 | 180.00 | | | | 180.00 | | | | | | | | | | 180.00 |
| 66 | 11/30/24 | 0064765T | 30.00 | 10.00 | 300.00 | | | | 300.00 | | | | | | | | | | 300.00 |
| 67 | 11/30/24 | 0064765T | 30.00 | 10.00 | 300.00 | | | | 300.00 | | | | | | | | | | 300.00 |
| 68 | 11/30/24 | 0064765T | 30.00 | 10.00 | 300.00 | | | | 300.00 | | | | | | | | | | 300.00 |

EXHIBIT A                                                                 EXHIBIT A

EXHIBIT A

A-PORT, LLC'S OUTSTANDING TOTE RENTAL INVOICES TO
ARRAY PETROLEUM, LLC SORTED BY LEASE NUMBER

EXHIBIT A

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | 11/30/24 | 0064765T | 30.00 | 10.00 | 300.00 | | | | | | | | 300.00 | | | | | | 300.00 |
| 70 | 11/30/24 | 0064765T | 30.00 | 10.00 | 300.00 | | | | | | | | | 300.00 | | | | | 300.00 |
| 71 | 11/30/24 | 0064765T | 2.00 | 6.00 | 12.00 | | | | | | | | | 12.00 | | | | | 12.00 |
| 72 | 11/30/24 | 0064765T | 150.00 | 6.00 | 900.00 | | | | | | | | | 900.00 | | | | | 900.00 |
| 73 | 11/30/24 | 0064765T | 17.00 | 10.00 | 170.00 | | | | | | | | | 170.00 | | | | | 170.00 |
| 74 | 11/30/24 | 0064765T | 30.00 | 10.00 | 300.00 | | | | | | | | | | 300.00 | | | | 300.00 |
| 75 | 11/30/24 | 0064765T | 30.00 | 6.00 | 180.00 | | | | | | | | | | 180.00 | | | | 180.00 |
| 76 | 11/30/24 | 0064765T | 3.00 | 10.00 | 30.00 | | | | | | | | | | 30.00 | | | | 30.00 |
| 77 | 11/30/24 | 0064765T | 8.00 | 6.00 | 48.00 | | | | | | | | | | 48.00 | | | | 48.00 |
| 78 | 11/30/24 | 0064765T | 11.00 | 6.00 | 66.00 | | | | | | | | | | 66.00 | | | | 66.00 |
| 79 | 11/30/24 | 0064765T | 53.00 | 6.00 | 318.00 | | | | | | | | | | 318.00 | | | | 318.00 |
| 80 | 11/30/24 | 0064765T | 46.00 | 6.00 | 276.00 | | | | | | | | | | 276.00 | | | | 276.00 |
| 81 | 11/30/24 | 0064766T | 18.00 | 6.00 | 108.00 | | | | | | | | | | 108.00 | | | | 108.00 |
| 82 | 11/30/24 | 0064765T | 30.00 | 6.00 | 180.00 | | | | | | | | | | | 180.00 | | | 180.00 |
| 83 | 11/30/24 | 0064765T | 30.00 | 6.00 | 180.00 | | | | | | | | | | | 180.00 | | | 180.00 |
| 84 | 11/30/24 | 0064765T | 30.00 | 6.00 | 180.00 | | | | | | | | | | | 180.00 | | | 180.00 |
| 85 | 11/30/24 | 0064765T | 34.00 | 6.00 | 204.00 | | | | | | | | | | | 204.00 | | | 204.00 |
| 86 | 11/30/24 | 0064765T | 27.00 | 6.00 | 162.00 | | | | | | | | | | | 162.00 | | | 162.00 |
| 87 | 11/30/24 | 0064765T | 2.00 | 10.00 | 20.00 | | | | | | | | | | | 20.00 | | | 20.00 |
| 88 | 11/30/24 | 0064765T | 30.00 | 10.00 | 300.00 | | | | | | | | | | | | 300.00 | | 300.00 |
| 89 | 11/30/24 | 0064765T | 8.00 | 6.00 | 48.00 | | | | | | | | | | | | 48.00 | | 48.00 |
| 90 | 11/30/24 | 0064765T | 30.00 | 6.00 | 180.00 | | | | | | | | | | | | 180.00 | | 180.00 |
| 91 | 11/30/24 | 0064765T | 23.00 | 6.00 | 138.00 | | | | | | | | | | | | 138.00 | | 138.00 |
| 92 | 11/30/24 | 0064765T | 26.00 | 6.00 | 156.00 | | | | | | | | | | | | 156.00 | | 156.00 |
| 93 | 11/30/24 | 0064788T | 17.00 | 10.00 | 170.00 | | | | | 170.00 | | | | | | | | | 170.00 |
| 94 | 11/30/24 | 0064788T | 17.00 | 10.00 | 170.00 | | | | | | 170.00 | | | | | | | | 170.00 |
| 95 | 11/30/24 | 0064797T | 30.00 | 10.00 | 300.00 | | | | | | | | | | | | | 300.00 | 300.00 |
| 96 | 11/30/24 | 0064797T | 60.00 | 10.00 | 600.00 | | | | | | | | | | | | | 600.00 | 600.00 |
| 97 | 11/30/24 | 0064797T | 30.00 | 10.00 | 300.00 | | | | | | | | | | | | | 300.00 | 300.00 |
| 98 | 11/30/24 | 0064797T | 50.00 | 10.00 | 500.00 | | | | | | | | | | | | | 600.00 | 600.00 |
| 99 | 11/30/24 | 0064797T | 30.00 | 6.00 | 180.00 | | | | | | | | | | | | | 180.00 | 180.00 |
| 100 | 11/30/24 | 0064797T | 30.00 | 6.00 | 180.00 | | | | | | | | | | | | | 180.00 | 180.00 |
| 101 | 11/30/24 | 0064797T | 30.00 | 10.00 | 300.00 | | | | | | | | | | | | | 300.00 | 300.00 |
| 102 | 11/30/24 | 0064797T | 30.00 | 6.00 | 180.00 | | | | | | | | | | | | | 180.00 | 180.00 |

EXHIBIT A

EXHIBIT A

A-PORT, LLC'S OUTSTANDING TOTE RENTAL INVOICES TO
ARRAY PETROLEUM, LLC SORTED BY LEASE NUMBER

EXHIBIT A



| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 | 11/30/24 | 0064797T | 30.00 | 6.00 | 180.00 | | | | | | | | | | | | | 180.00 | 180.00 |
| 104 | 11/30/24 | 0064797T | 30.00 | 6.00 | 180.00 | | | | | | | | | | | | | 180.00 | 180.00 |
| 105 | 11/30/24 | 0064797T | 90.00 | 6.00 | 540.00 | | | | | | | | | | | | | 540.00 | 540.00 |
| 106 | 11/30/24 | 0064797T | 60.00 | 10.00 | 600.00 | | | | | | | | | | | | | 600.00 | 600.00 |
| 107 | 12/31/24 | 0065113T | 31.00 | 6.00 | 185.00 | 185.00 | | | | | | | | | | | | | |
| 108 | 12/31/24 | 0065116T | 67.00 | 6.00 | 402.00 | | 402.00 | | | | | | | | | | | | |
| 109 | 12/31/24 | 0065116T | 150.00 | 6.00 | 900.00 | | 900.00 | | | | | | | | | | | | |
| 110 | 12/31/24 | 0065116T | 31.00 | 10.00 | 310.00 | | 310.00 | | | | | | | | | | | | |
| 111 | 12/31/24 | 0065116T | 31.00 | 10.00 | 310.00 | | 310.00 | | | | | | | | | | | | |
| 112 | 12/31/24 | 0065116T | 12.00 | 6.00 | 72.00 | | | 72.00 | | | | | | | | | | | |
| 113 | 12/31/24 | 0065116T | 6.00 | 6.00 | 36.00 | | | 36.00 | | | | | | | | | | | |
| 114 | 12/31/24 | 0065116T | 24.00 | 6.00 | 144.00 | | | 144.00 | | | | | | | | | | | |
| 115 | 12/31/24 | 0065116T | 125.00 | 6.00 | 750.00 | | | 750.00 | | | | | | | | | | | |
| 116 | 12/31/24 | 0065119T | 31.00 | 10.00 | 310.00 | | | | 310.00 | | | | | | | | | | |
| 117 | 12/31/24 | 0065119T | 31.00 | 10.00 | 310.00 | | | | 310.00 | | | | | | | | | | |
| 118 | 12/31/24 | 0065119T | 31.00 | 10.00 | 310.00 | | | | 310.00 | | | | | | | | | | |
| 119 | 12/31/24 | 0065119T | 31.00 | 6.00 | 186.00 | | | | 186.00 | | | | | | | | | | |
| 120 | 12/31/24 | 0065120T | 31.00 | 10.00 | 310.00 | | | | | | | | 310.00 | | | | | | |
| 121 | 12/31/24 | 0065121T | 31.00 | 6.00 | 310.00 | | | | | | | | | 310.00 | | | | | |
| 122 | 12/31/24 | 0065121T | 155.00 | 6.00 | 930.00 | | | | | | | | | 930.00 | | | | | |
| 123 | 12/31/24 | 0065122T | 31.00 | 10.00 | 310.00 | | | | | | | | | | 310.00 | | | | |
| 124 | 12/31/24 | 0065122T | 3.00 | 6.00 | 18.00 | | | | | | | | | | 18.00 | | | | |
| 125 | 12/31/24 | 0065122T | 9.00 | 6.00 | 54.00 | | | | | | | | | | 54.00 | | | | |
| 126 | 12/31/24 | 0065122T | 47.00 | 6.00 | 282.00 | | | | | | | | | | 282.00 | | | | |
| 127 | 12/31/24 | 0065122T | 90.00 | 6.00 | 540.00 | | | | | | | | | | 540.00 | | | | |
| 128 | 12/31/24 | 0065123T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | 186.00 | | | |
| 129 | 12/31/24 | 0065123T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | 186.00 | | | |
| 130 | 12/31/24 | 0065123T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | 186.00 | | | |
| 131 | 12/31/24 | 0065123T | 62.00 | 6.00 | 372.00 | | | | | | | | | | | 372.00 | | | |
| 132 | 12/31/24 | 0065123T | 93.00 | 6.00 | 558.00 | | | | | | | | | | | 558.00 | | | |
| 133 | 12/31/24 | 0065123T | 3.00 | 10.00 | 30.00 | | | | | | | | | | | 30.00 | | | |
| 134 | 12/31/24 | 0065134T | 31.00 | 10.00 | 310.00 | | | | | | | | | | | | 310.00 | | |
| 135 | 12/31/24 | 0065134T | 31.00 | 6.00 | 186.00 | | | | | | | | | | | | 186.00 | | |
| 136 | 12/31/24 | 0065134T | 60.00 | 6.00 | 360.00 | | | | | | | | | | | | 360.00 | | |

EXHIBIT A

EXHIBIT A

EXHIBIT A

EXHIBIT A

EXHIBIT A

## A-PORT, LLC'S OUTSTANDING TOTE RENTAL INVOICES TO ARRAY PETROLEUM, LLC SORTED BY LEASE NUMBER

EXHIBIT A

|  | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 137 | 12/31/24 | 0065134T | 57.00 | 6.00 | 342.00 |  |  |  |  |  |  |  |  |  |  |  | 342.00 |  |  |
| 138 | 12/31/24 | 0065135T | 31.00 | 10.00 | 310.00 |  |  |  |  | 310.00 |  |  |  |  |  |  |  |  |  |
| 139 | 12/31/24 | 0065135T | 10.00 | 10.00 | 100.00 |  |  |  |  | 100.00 |  |  |  |  |  |  |  |  |  |
| 140 | 12/31/24 | 0065135T | 10.00 | 6.00 | 60.00 |  |  |  |  | 60.00 |  |  |  |  |  |  |  |  |  |
| 141 | 12/31/24 | 0065136T | 15.00 | 10.00 | 150.00 |  |  |  |  |  | 150.00 |  |  |  |  |  |  |  |  |
| 142 | 12/31/24 | 0065136T | 10.00 | 10.00 | 100.00 |  |  |  |  |  | 100.00 |  |  |  |  |  |  |  |  |
| 143 | 12/31/24 | 0065137T | 31.00 | 6.00 | 186.00 |  |  |  |  |  |  |  |  |  |  |  |  | 186.00 |  |
| 144 | 12/31/24 | 0065137T | 31.00 | 10.00 | 310.00 |  |  |  |  |  |  |  |  |  |  |  |  | 310.00 |  |
| 145 | 12/31/24 | 0065137T | 62.00 | 10.00 | 620.00 |  |  |  |  |  |  |  |  |  |  |  |  | 620.00 |  |
| 146 | 12/31/24 | 0065137T | 31.00 | 10.00 | 310.00 |  |  |  |  |  |  |  |  |  |  |  |  | 310.00 |  |
| 147 | 12/31/24 | 0065137T | 62.00 | 10.00 | 620.00 |  |  |  |  |  |  |  |  |  |  |  |  | 620.00 |  |
| 148 | 12/31/24 | 0065137T | 31.00 | 10.00 | 310.00 |  |  |  |  |  |  |  |  |  |  |  |  | 310.00 |  |
| 149 | 12/31/24 | 0065137T | 60.00 | 10.00 | 600.00 |  |  |  |  |  |  |  |  |  |  |  |  | 600.00 |  |
| 150 | 12/31/24 | 0065137T | 31.00 | 6.00 | 186.00 |  |  |  |  |  |  |  |  |  |  |  |  | 186.00 |  |
| 151 | 12/31/24 | 0065137T | 31.00 | 6.00 | 186.00 |  |  |  |  |  |  |  |  |  |  |  |  | 186.00 |  |
| 152 | 12/31/24 | 0065137T | 31.00 | 6.00 | 186.00 |  |  |  |  |  |  |  |  |  |  |  |  | 186.00 |  |
| 153 | 12/31/24 | 0065137T | 31.00 | 6.00 | 186.00 |  |  |  |  |  |  |  |  |  |  |  |  | 186.00 |  |
| 154 | 12/31/24 | 0065137T | 93.00 | 6.00 | 558.00 |  |  |  |  |  |  |  |  |  |  |  |  | 558.00 |  |
| 155 |  |  | 5,858.00 |  | 42,592.00 | 552.00 | 6,632.00 | 2,184.00 | 3,312.00 | 706.00 | 420.00 | 0.00 | 1,280.00 | 4,060.00 | 4,034.00 | 3,380.00 | 3,156.00 | 12,676.00 | 27,918.00 |

EXHIBIT A

EXHIBIT A

GEORGE PIVACH, II
MARK A. PIVACH
TIMOTHY THRIFFILEY
COREY E. DUNBAR*
ELLEN PIVACH DUNBAR
JOHN E. PIVACH
MATTHEW W. PIVACH
GINGER DEFOREST**
DAVID M. HUFFT 1954 - 2021

\* Admitted in Louisiana and Texas
\*\* Of Counsel

# Pivach Pivach
# Thriffiley & Dunbar
—————— *attorneys at law* ——————

www.pivachlaw.com

BELLE CHASSE OFFICE:
8311 HIGHWAY 23, SUITE 104
BELLE CHASSE, LA 70037
(504) 394-1870

COVINGTON OFFICE:
71683 RIVERSIDE DRIVE, SUITE 100
COVINGTON, LA 70433
(985) 206-8900

FAX (504) 393-2553

JPivach@PivachLaw.com
Reply to Belle Chasse Office
Direct Dial: (504) 320-2237

April 23, 2025

**FEDERAL EXPRESS 880760275030**
Array Petroleum, LLC
1999 Bryan St.
Ste. 900
Dallas, TX 75201

Re:  Past Due Account and Notice of Oil Well Liens
     A-Port, LLC
     Our File No.: 25-135

Dear Sir/Madam:

In accordance with L.R.S. 9:4861, et seq., notice is hereby given to you that A-Port, LLC has filed the enclosed Oil Well Lien Affidavits Notice of Claim of Lien And Statement of Privilege (the "Liens") for non-payment for services, labor and/or materials in the principal amount of $836,836.41 against the leases and blocks set forth in the enclosed Liens, all of the production of oil, gas and other minerals therefrom attributable to the working interest, including all overriding royalty interests and on all rigs, machinery, equipment, appurtenances, appliances, tanks and structures attached thereto or located on said leases and blocks.

A copy of the Liens, recorded in the mortgage records in Jefferson Parish, Plaquemines Parish, Terrebonne Parish, Vermillion Parish, Iberia Parish, and St. Mary Parish as applicable, are attached herewith for your records. Payments for all oil and gas production attributable to the working interest to the extent of the lien amounts, together with interest thereon, attorney's fees and cost of preparation of the Liens until delivery of notice by us in writing that the claim has been paid are required to be withheld.

If you have any questions concerning the above, please do not hesitate to call us.

Very truly yours,

JOHN E. PIVACH
FOR THE FIRM

JEP/gkd
Enclosures

GEORGE PIVACH, II
MARK A. PIVACH
TIMOTHY THRIFFILEY
COREY E. DUNBAR*
ELLEN PIVACH DUNBAR
JOHN E. PIVACH
MATTHEW W. PIVACH
GINGER DEFOREST**
DAVID M. HUFFT 1954 - 2021

*   Admitted in Louisiana and Texas
**  Of Counsel

# Pivach Pivach
# Thriffiley & Dunbar
—— *attorneys at law* ——

www.pivachlaw.com

BELLE CHASSE OFFICE:
8311 HIGHWAY 23, SUITE 104
BELLE CHASSE, LA 70037
(504) 394-1870

COVINGTON OFFICE:
71683 RIVERSIDE DRIVE, SUITE 100
COVINGTON, LA 70433
(985) 206-8900

FAX (504) 393-2553

JPivach@PivachLaw.com
Reply to Belle Chasse Office
Direct Dial: (504) 320-2237

April 23, 2025

**FEDERAL EXPRESS 880760275030**
Natural Resources Worldwide, LLC
1999 Bryan St.
Ste. 900
Dallas, TX 75201

Re:     Past Due Account and Notice of Oil Well Liens
        A-Port, LLC
        Our File No.: 25-135

Dear Sir/Madam:

In accordance with L.R.S. 9:4861, et seq., notice is hereby given to you that A-Port, LLC has filed the enclosed Oil Well Lien Affidavits Notice of Claim of Lien And Statement of Privilege (the "Liens") for non-payment for services, labor and/or materials in the principal amount of $836,836.41 against the leases and blocks set forth in the enclosed Liens, all of the production of oil, gas and other minerals therefrom attributable to the working interest, including all overriding royalty interests and on all rigs, machinery, equipment, appurtenances, appliances, tanks and structures attached thereto or located on said leases and blocks.

A copy of the Liens, recorded in the mortgage records in Jefferson Parish, Plaquemines Parish, Terrebonne Parish, Vermillion Parish, Iberia Parish, and St. Mary Parish as applicable, are attached herewith for your records. Payments for all oil and gas production attributable to the working interest to the extent of the lien amounts, together with interest thereon, attorney's fees and cost of preparation of the Liens until delivery of notice by us in writing that the claim has been paid are required to be withheld.

If you have any questions concerning the above, please do not hesitate to call us.

Very truly yours,

JOHN E. PIVACH
FOR THE FIRM

JEP/gkd
Enclosures

EXHIBIT C



100 Commission Blvd
Lafayette, LA 70508
Phone (337)504-3054
Fax (337)504-4193

## GUARANTY

For good consideration and as an inducement for A-Port, LLC ("A-Port") having given or extending in the future terms of credit to Array Petroleum. LLC ("Customer") from time to time, it is hereby agreed Natural Resources Worldwide, LLC (Guarantor") does hereby guaranty to A-Port or its successors the full payment of all undisputed monies owed to A-Port from Customer without limit, plus interest, fees and charges of whatsoever nature and kind, waiving all notice and pleas of discussion and division. Without further authorization from or notice to Guarantor, A-Port may grant credit to Customer from time to time. Guarantor acknowledges that this guaranty also applies to all prior outstanding obligations and further obligations of Customer to A-Port.

This guaranty is unlimited as to amount or duration and shall remain in full force and effect notwithstanding any extension, compromise, adjustment, forbearance, waiver, release or discharge of any party obligor or guarantor, or release in whole or in part any security granted for said indebtedness or compromise or adjustment thereto and Guarantor waives all notices thereto.

The obligations of Guarantor shall be at the election of A-Port, shall be primary and A-Port shall not be required to exhaust its remedies as against Customer prior to enforcing its rights under this guaranty against Guarantor.

The guaranty hereunder shall be unconditional and absolute, and that acceptance and notice of acceptance thereof by A-Port are therefore unnecessary and hereby expressly waived. The guarantor waives all rights of subrogation and set off until all sums under this guaranty are fully paid. In the event payments due under this guaranty are not paid upon demand, Guarantor shall pay all reasonable costs and attorney's fees necessary for collection and enforcement of this guaranty.

This guaranty shall be construed and enforced under the laws of the State of Louisiana and shall be binding upon Customer's successors and assigns.

Signed this 8th day of May 8, 2024

_____
Guarantor Signature

_____
Witness Signature

_____
John Chambers
Printed Name – Guarantor

_____
Jeff Wallace
Printed Name – Witness