**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **A-PORT, LLC** | **CIVIL ACTION NO.** |
| | **2:25-cv-01973-SM-KWR** |
| **Plaintiff** | |
| | **SECTION "E" DIVISION "4"** |
| **VERSUS** | |
| | **JUDGE SUSIE MORGAN** |
| **ARRAY PETROLEUM, LLC,** | |
| **AND NATURAL RESOURCES** | **MAGISTRATE JUDGE** |
| **WORLDWIDE, LLC** | **KAREN W. ROBY** |
| | |
| **Defendants** | |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**DEFENDANT ARRAY PETROLEUM, LLC**

Defendant Array Petroleum, LLC ("Array") respectfully submits this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.      Pursuant to Federal Rules of Civil Procedure 7.1(a)(1), Array states that it is a Louisiana limited liability company and is wholly owned by GOM Operating, LLC ("GOM Operating"). GOM Operating has no parent company, and no publicly held corporation owns any interest in it.

2.      Pursuant to Federal Rules of Civil Procedure 7.1(a)(2), Array states that it is a limited liability company organized under the laws of the State of Louisiana.  The only member of Array is GOM Operating.  GOM Operating is a limited liability company organized under the laws of the State of Delaware.  The only member of GOM Operating is John Chambers, who is a citizen of the State of Texas.  Array is therefore a citizen of Texas for purposes of diversity jurisdiction.

- 2 -

Dated:  October 2, 2025

Respectfully submitted,

**STONE PIGMAN WALTHER WITTMANN LLC**

By: _____

Andrew D. Mendez (T.A.) (La. Bar No. 26686)
Bryant S. York (La. Bar No. 34165)
Gabriel G. Silva (La. Bar No. 38893)
909 Poydras Street, Suite 3150
New Orleans, Louisiana  70112
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361
Email:  amendez@stonepigman.com
        byork@stonepigman.com
        gsilva@stonepigman.com

**Attorneys for Defendants**
**Array Petroleum, LLC and**
**Natural Resources Worldwide, LLC**