**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **A-PORT, LLC** | **CIVIL ACTION NO.** |
| | **2:25-cv-01973-SM-KWR** |
| **Plaintiff** | |
| | **SECTION "E" DIVISION "4"** |
| **VERSUS** | |
| | **JUDGE SUSIE MORGAN** |
| **ARRAY PETROLEUM, LLC,** | |
| **AND NATURAL RESOURCES** | **MAGISTRATE JUDGE** |
| **WORLDWIDE, LLC** | **KAREN W. ROBY** |
| | |
| **Defendants** | |

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT NATURAL RESOURCES WORLDWIDE, LLC

Defendant Natural Resources Worldwide, LLC ("NRW") respectfully submits this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.      Pursuant to Federal Rules of Civil Procedure 7.1(a)(1), NRW states that it is a Delaware limited liability company and is wholly owned by the 2023 Delaware Asset Protection Trust (the "Trust"). No publicly held corporation owns ten (10) percent or more of the ownership interest in the Trust.

2.      Pursuant to Federal Rules of Civil Procedure 7.1(a)(2), NRW states that it is a Delaware limited liability company residing in and having a principal place of business in Dallas, Texas. NRW is owned by the Trust, the trustee of which is the Arden Trust Company ("Arden"). Arden is chartered in Delaware with certificates of authority to do business in Arizona, California, Delaware, Florida, Illinois, Ohio, Oregon, Pennsylvania and Texas. NRW is therefore a citizen of Delaware and Texas for purposes of diversity jurisdiction.

Dated:  October 2, 2025

Respectfully submitted,

**STONE PIGMAN WALTHER WITTMANN LLC**

By: _____

Andrew D. Mendez (T.A.) (La. Bar No. 26686)
Bryant S. York (La. Bar No. 34165)
Gabriel G. Silva (La. Bar No. 38893)
909 Poydras Street, Suite 3150
New Orleans, Louisiana  70112
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361
Email:  amendez@stonepigman.com
        byork@stonepigman.com
        gsilva@stonepigman.com

**Attorneys for Defendants
Array Petroleum, LLC and
Natural Resources Worldwide, LLC**

- 2 -