**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| **A-PORT, LLC,** | * | **CIVIL ACTION NO.:** |
| **Plaintiff** | * | **2:25-cv-01973-SM-KWR** |
| | * | |
| **VS.** | * | **SECTION "E" DIVISION "4"** |
| | * | |
| **ARRAY PETROLEUM, LLC and NATURAL** | * | **JUDGE SUSIE MORGAN** |
| **RESOURCES WORLDWIDE, LLC,** | * | |
| **Defendants** | * | **MAGISTRATE JUDGE** |
| | * | **KAREN W. ROBY** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**CONSENT JUDGMENT**</u>

This cause came before the Court by mutual consent of Plaintiff, A-Port, LLC, and Defendants, Array Petroleum LLC and Natural Resources Worldwide, LLC, regarding the Plaintiff's Petition filed herein. The parties enter this Consent Judgment on the following terms.

When, after considering the pleadings and exhibits, Defendants, stipulating and admitting Defendants' indebtedness to Plaintiff, and with the consent of Plaintiff and Defendants, the Court considering the law and the evidence to be in favor of Plaintiff, grants Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that there be Judgment herein in favor of Plaintiff, A-Port, LLC, and against Defendants, Array Petroleum LLC and Natural Resources Worldwide, LLC, in the full principal sum of $1,298,489.77, plus interest at the rate of 9% per annum from April 1, 2026 until all outstanding principal and interest is paid in full, subject to and less a credit for any payments paid by Defendants in accordance with Section 3 of the parties' Settlement and Release Agreement, and for all costs of these proceedings.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of Plaintiff, A-Port, LLC, recognizing, maintaining and enforcing A-Port, LLC's

lien and privilege evidenced by A-Port, LLC's Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege: (i) recorded on April 22, 2025 at Book 865, Page 359, under File No. 2025-00001043 of the Mortgage Records of Plaquemines Parish, Louisiana; (ii) recorded on May 22, 2025 in the Mortgage Records of Iberia Parish, Louisiana; (iii) recorded on April 23, 2025 at Book 5108, Page 449, under Instrument No. 12515422 of the Mortgage Records of Jefferson Parish, Louisiana; (iv) recorded on April 28, 2025 at Book 1733, Page 278, under File No. 368168of the Mortgage Records of St. Mary Parish, Louisiana; (v) recorded on April 24, 2025 at Book 3568, Page 703, under File No. 1707077 of the Mortgage Records of Terrebonne Parish, Louisiana; and (vi) recorded on April 28, 2025 at Instrument No. 2025002915 of the Mortgage Records of Vermillion Parish, Louisiana, against the Encumbered Property as such term is defined in paragraph 16 of A-Port's Petition filed in these proceedings, and for the principal amounts set forth in paragraph 10 of A-Port's Petition filed in these proceedings, together with the cost of preparing and filing the aforementioned Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege and a notice of *lis pendens*, reasonable attorneys' fees equal to ten percent (10%) of the principal sum owed, and for all costs of these proceedings, subject to and less a credit for any payments paid by Defendants in accordance with Section 3 of the parties' Settlement and Release Agreement.

Defendants, Array Petroleum LLC and Natural Resources Worldwide, LLC, acknowledge that they have read and understand the terms contained in this Consent Judgment, that the terms contained in this Consent Judgment are fair and reasonable, and that they have executed this Consent Judgment as their own free act and deed.

**JUDGMENT READ, RENDERED AND SIGNED** t**his 24th day of April, 2026 in New Orleans, Louisiana.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

**APPROVED AS TO FORM AND CONTENT:**

WITNESSES:

Sign Name: _____

Print Name: DAVID WITTROCK

Sign Name: _____

Print Name: William Fields

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _22_ DAY
OF _April_____, 2026.

_Amanda Wittrock_
NOTARY PUBLIC

AMANDA WITTROCK
My Notary ID # 124918910
Expires May 7, 2028

Array Petroleum, LLC

By: _____

Name: Jeffrey Wallace

Title: Secretary

Natural Resources Worldwide, LLC

By: _____

Name: Jeffrey Wallace

Title: Secretary

WITNESSES:

Sign Name: _____

Print Name: _____

Sign Name: _____

Print Name: _____

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _____ DAY
OF _____, 2026.

_____
NOTARY PUBLIC

A-Port, LLC

By: _____

Name: _____

Title: _____

**APPROVED AS TO FORM AND CONTENT:**

**WITNESSES:**                                                Array Petroleum, LLC

Sign Name:_____

Print Name:_____         By:_____

Sign Name:_____         Name: _____

Print Name:_____         Title: _____

SWORN TO AND SUBSCRIBED                      Natural Resources Worldwide, LLC
BEFORE ME THIS _____ DAY
OF _____, 2026.

_____             By:_____
NOTARY PUBLIC                                Name: _____

                                             Title: _____


**WITNESSES:**                                                A-Port, LLC

Sign Name: _Therese Wooton_

Print Name: _Thérèse Wooton_

Sign Name: _Clark_                           By: _____

Print Name: _Lauren Clark_                   Name: _Ryan RebF_

                                             Title: _Manager_

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _16th_ DAY
OF _April_, 2026.

_____
NOTARY PUBLIC

COREY E. DUNBAR
NOTARY PUBLIC, PARISH OF ORLEANS, STATE OF LA
MY COMMISSION IS ISSUED FOR LIFE
BAR NO. 30144

RESPECTFULLYSUBMITTED:

RESPECTFULLY SUBMITTED:

STONE PIGMAN WALTHER
WITTMANN LLC

PIVACH, PIVACH, HUFFT,
THRIFFILEY & DUNBAR, L.L.C.

BY:   /s/ Andrew D. Mendez
Andrew D. Mendez (26686)
Bryant S. York (34165)
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: amendez@stonepigman.com
Email: byork@stonepigman.com
**Counsel for Defendants,**
**Array Petroleum, LLC and**
**Natural Resources**
**Worldwide LLC**

BY:    /s/ Corey E. Dunbar
Corey E. Dunbar (30144)
John E. Pivach (35283)
8311 Highway 23, Suite 104
Belle Chasse, Louisiana 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com
jpivach@pivachlaw.com
**Counsel for Plaintiff,**
**A-Port, LLC**